# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>               Plaintiff,<br><br>v.<br><br>National Tax Advisory Services LLC, et al.,<br><br>               Defendants. | No. CV-23-00250-PHX-DLR<br><br>**ORDER** |

After review of the docket, the Court notes that Plaintiff has not served Defendants National Tax Advisory Services LLC, Matthew Levy, and Vanessa Oakes. Accordingly,

**IT IS ORDERED** that Plaintiff serve Defendants with the summons and complaint and file with the Clerk of the Court proof thereof pursuant to Rule 4(*l*), or otherwise show good cause for the failure to timely serve by no later than **May 9, 2023**.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to comply with this Order, the Clerk of Court shall dismiss this action for Plaintiff's lack of service pursuant to Rule 4(m).

Dated this 11th day of April, 2023.

Douglas L. Rayes
United States District Judge