Douglas H. Allsworth #017104
KUTAK ROCK LLP
8601 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85253
Telephone:   (480) 429-5000
e-Mail:       doug.allsworth@kutakrock.com

*Attorneys for Defendants,*
*National Tax Advisory Services, LLC,*
*Matthew Levy, and Vanessa Oakes*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>           Plaintiff,<br><br>v.<br><br>National Tax Advisory Services, LLC;<br>Matthew Levy; Vanessa Oakes,<br><br>           Defendants. | CASE NO. CV23-00250-PHX-DLR<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NATIONAL TAX ADVISORY SERVICES, LLC** |

   This Corporate Disclosure Statement is filed on behalf of National Tax Advisory Services, LLC in compliance with the provisions of: *(check one)*

   ☒   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

1

4866-9992-9956.1

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

*The filing party hereby declares as follows:*

☒        No such corporation.

____    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____ Relationship: _____

____    Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)* _____

Relationship _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED:  May 16, 2023        Respectfully submitted,

                                       **KUTAK ROCK LLP**

                              By        */s/ Douglas H. Allsworth*
                                    Douglas H. Allsworth
                                    8601 North Scottsdale Road, Suite 300
                                    Scottsdale, Arizona. 85253-2742

                                    Attorneys for Defendants,
                                    National Tax Advisory Services, LLC,
                                    Matthew Levy, and Vanessa Oakes

4866-9992-9956.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, I electronically filed the foregoing **DEFENDANT NATIONAL TAX ADVISORY SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following CM/ECF registrants and mailed and emailed to anyone not registered:

Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
Jason.crews@gmail.com
602-295-1875
Plaintiff in pro per

By  */s/ Regina Smith*

4866-9992-9956.1