Douglas H. Allsworth #017104
KUTAK ROCK LLP
8601 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85253
Telephone:   (480) 429-5000
e-Mail:   doug.allsworth@kutakrock.com

*Attorneys for Defendants,*
*National Tax Advisory Services, LLC,*
*Matthew Levy, and Vanessa Oakes*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | CASE NO. CV23-00250-PHX-DLR |
| Plaintiff, | **NOTICE OF PARTIES' POSITION REGARDING CONSOLIDATION** |
| v. | |
| National Tax Advisory Services, LLC; Matthew Levy; Vanessa Oakes, | |
| Defendants. | |

Plaintiff Jason Crews, appearing pro per, and Defendants, appearing through their counsel of record, provide the following Notice pursuant to the Court's order dated June 22, 2023 (dkt. 24). Plaintiff desires to consolidate this action with a related case, CV-22-2120-PHX-SBB. Defendants have no objection to consolidation. Insofar as the motion to consolidate remains pending, the parties suggest that it is premature for the court to conduct a status conference in this action.

. . .

. . .

. . .

. . .

1

DATED: June 30, 2023

Respectfully submitted,

**KUTAK ROCK LLP**

By   */s/ Douglas H. Allsworth*
Douglas H. Allsworth
8601 North Scottsdale Road, Suite 300
Scottsdale, Arizona. 85253-2742

*Attorneys for Defendants,
National Tax Advisory Services, LLC,
Matthew Levy, and Vanessa Oakes*

*Jason Crews (with permission)*
Jason Crews

*Plaintiff, Pro Per*

2

4866-0102-1037.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, I electronically filed the foregoing **NOTICE OF PARTY POSITION REGARDING CONSOLIDATION** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following CM/ECF registrants and mailed and emailed to anyone not registered:

> Jason Crews
> 164 W. Laurel Ct.
> Gilbert, AZ 85233
> Jason.crews@gmail.com
> 602-295-1875
> Plaintiff in pro per

By    */s/ Regina Smith*

4866-0102-1037.1